UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LEROY a/k/a DEREK LEROY MCSMITH | CIVIL ACTION |
| VERSUS | NUMBER: 06-10903 |
| U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, ET AL. | SECTION: "C"(5) |

### O R D E R

The Court, having considered the amended complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the plaintiff's objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that plaintiff's amended complaint against Clerk of Court Whyte is dismissed with prejudice under 28 U.S.C. §1915(e)(2)(B)(i).

New Orleans, Louisiana, this 17th day of April, 2007.

HELEN G. BERRIGAN
UNITED STATES DISTRICT JUDGE