FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 JUN -8 AM 7:39

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LEROY a/k/a DEREK LEROY MCSMITH | CIVIL ACTION |
| VERSUS | NUMBER: 06-10903 |
| U.S. DEPARTMENT HOUSING URBAN DEVELOPMENT, ET AL. | SECTION: "C"(5) |

### ORDER

The Court, having considered the motion, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the plaintiff's objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that plaintiff's complaint is dismissed with prejudice under Rule 12(b)(6), Fed.R.Civ.P., and 28 U.S.C. §1915(e)(2)(B)(i) and (ii).

New Orleans, Louisiana, this 7 day of June, 2007.

UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep____
___ Doc. No_____